IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>JONAS MARTINEZ,<br><br>                    Defendants. | CASE NO.  1:11-CR-00354 LJO<br><br>ORDER ON THE GOVERNMENT'S MOTION TO DISMISS DEFENDANT JONAS MARTINEZ FROM THE INDICTMENT |

    IT IS HEREBY ORDERED that the charges as to Jonas Martinez, only, in the above-entitled case be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

    Dated:   **May 7, 2015**                    **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE

ORDER                                                1